**MEMO ENDORSED**

# RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

————

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*ADMITTED IN NY, NJ AND MD

November 12, 2020

By: ECF
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York

Re:   Building Service 32BJ Health Fund, et al.
              v.
      Fifth Avenue Building Company, LLC, et al.
      S.D.N.Y. Docket No. 20-CV-6302 (KPF)

Dear Judge Failla,

      The undersigned is counsel to the plaintiffs in the above captioned matter. This request is submitted pursuant to Section 2.D of Your Honor's Individual Rules of Practice asking for an adjournment of the initial pre-trial conference in the above captioned matter. The conference is presently scheduled for November 18, 2018 at 11:30 am.

      This is a first request for an adjournment. The reason for the request is based upon the non-appearance of defendants in this matter as of today and the information received this afternoon that defendants are now in the process of retaining counsel. I have spoken to potential counsel and advised him that I would be making this application. He would not oppose the request if already retained.

                                        Respectfully submitted,
                                        <u>s/ Ira A. Sturm</u>
                                        Ira A. Sturm

cc:    Jerold Goldberg, Esq. (By:Email)

Application GRANTED. The initial pretrial conference scheduled for November 18, 2020, is hereby ADJOURNED to **January 6, 2021, at 2:30 p.m.** Plaintiff is directed to provide a copy of this Order to Defendants.

Dated:  November 12, 2020       SO ORDERED.
          New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE